CCA #    13-12-00368-CR

OFFENSE:  Murder

STYLE:  JAVIER DE LA ROSA JR. v. THE STATE OF TEXAS

COUNTY:  Cameron

TRIAL COURT:        107th District Court
TRIAL COURT #:      11-CR-17-A
TRIAL COURT JUDGE:  Hon. Benjamin Euresti Jr.
DISPOSITION:  AFFIRMED
DATE:   February 12, 2015
JUSTICE: Gina M. Benavides  PC ___ S _X__
PUBLISH: _____              DNP: ___X____

DATE: February 12, 2015
JUDGE: Gina M. Benavides

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____
APP BR: _____X_____

SUPP CLK RECORD _____X_____
SUPP RPT RECORD _____X_____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
____refused____
DATE: _July 29, 2015_
JUDGE: _10C_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____

Vol. 1 of 3